UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| LUIS ALBERTO LEAL ROMERO, individually and on behalf of others similarly situated, | : | 20-Cv-9701 (SHS) |
| | : | <u>ORDER</u> |
| Plaintiffs, | : | |
| -v- | | |
| | : | |
| NECTAR RESTAURANT CORP. (d/b/a Nectar), and GEORGE KYRKOSTAS, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today via telephone, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The last day for defendants to respond to the complaint is March 1, 2021;

2. The matter is being referred to the Court annexed mediation program for the parties to attempt to resolve this matter; and

3. If the case has not been resolved by April 7, 2021, there will be a pretrial conference on that date at 10:00 a.m.

Dated: New York, New York
       February 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.