UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| LUIS ALBERTO LEAL ROMERO, individually and on behalf of others similarly situated, | : : : | 20-Cv-9701 (SHS) <br><br> ORDER |
| Plaintiffs, | : | |
| -v- | : | |
| NECTAR RESTAURANT CORP. (d/b/a Nectar), and GEORGE KYRKOSTAS, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to amend the caption of this matter as follows:

   ------------------------------------------------------------x

   LUIS ALBERTO LEAL ROMERO,

                         Plaintiff,

       -v-

   NECTAR RESTAURANT CORP. (d/b/a Nectar), and GEORGE KYRKOSTAS,

                         Defendants.

   ------------------------------------------------------------x

2. The last day for the parties to complete discovery remains at August 6, 2021; and

3. The next teleconference is scheduled for August 17, 2021, at 9:00 a.m.

Dated: New York, New York
       June 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.