UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS ALBERTO LEAL ROMERO,  : 20-Cv-9701 (SHS)
individually and on behalf of others similarly
situated,  : ORDER

                        Plaintiffs,  :
  -v-
                                                  :
NECTAR RESTAURANT CORP. (d/b/a
Nectar), and GEORGE KYRKOSTAS,  :

                        Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today by telephone, with Steven Siegler, Esq., counsel for defendants, participating, and no one appearing on behalf of plaintiffs, and the Court appointed mediator having notified the Court that the action had been settled [Doc. No. 20],

      IT IS HEREBY ORDERED that:

      1.    The status conference is adjourned to November 2, 2021, at 9:00 a.m., and will take place at the U.S. Courthouse, 500 Pearl Street, New York, in Courtroom 23A; and

      2.    The parties shall move for approval of the settlement of this matter prior to November 2, 2021, or this action will be dismissed without prejudice for failure to prosecute.

Dated: New York, New York
       September 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.