UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| LUIS ALBERTO LEAL ROMERO, individually and on behalf of others similarly situated, | 20-Cv-9701 (SHS) |
| | ORDER |
| Plaintiffs, | |
| -v- | |
| NECTAR RESTAURANT CORP. (d/b/a Nectar), and GEORGE KYRKOSTAS, | |
| Defendants. | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the conference scheduled for November 2, 2021, at 9:00 a.m. will take place at the U.S. Courthouse in Courtroom 23A at 10:30 a.m.

Dated: New York, New York
       November 1, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.