UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LUIS ALBERTO LEAL ROMERO,    :    20-Cv-9701 (SHS)
individually and on behalf of others similarly
situated,    :    ORDER

                    Plaintiffs,    :
   -v-

NECTAR RESTAURANT CORP. (d/b/a
Nectar), and GEORGE KYRKOSTAS,    :

                    Defendants.    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A fairness hearing having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, the Court finds that the proposed settlement is not fair and reasonable;

    2.    The Clerk of Court is directed to change the caption as follows:

        LUIS ALBERTO LEAL ROMERO,    :

                      Plaintiff,    :
       -v-

        NECTAR RESTAURANT CORP. (d/b/a
        Nectar), and GEORGE KYRKOSTAS,    :

                      Defendants.    :
        ------------------------------------------------------x

    3.    There will be a conference on January 5, 2022, at 11:00 a.m. The conference will take place at the U.S. Courthouse in Courtroom 23A.

Dated: New York, New York
       November 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.