# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 4, 2022

**VIA ECF**

**MEMO ENDORSED**

Judge Sidney H. Stein  
U.S. District Court Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

Re: *Luis Alberto Leal Romero v. Nectar Restaurant Corp et al*  
Case No. 1:20-cv-09701

Your Honor:

We represent the Plaintiffs in this matter. We write to request an adjournment of tomorrow's hearing scheduled at 11 AM. This is the first request of its nature. While both parties have an agreement in principle regarding the terms of the settlement in compliance with the Court's direction as per the November 2, 2021 settlement conference, the parties have yet to sign the revised agreement. Defendants do not object to this adjournment.

We thank the Court for their attention to this matter.

Respectfully submitted,

/s/ Khalil Huey  
Khalil Huey Esq.  
CSM LEGAL, P.C  
Attorneys for the Plaintiff

Enclosures

CC: Steven Siegler (via ECF)

**The conference is adjourned to February 22, 2022, at 10:00 a.m. If the parties have executed a settlement agreement prior to February 22, they are directed to file the agreement on ECF.**

Dated: New York, New York  
January 5, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

*Certified as a minority-owned business in the State of New York*