# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

February 21, 2022

**VIA ECF**

Judge Sidney H. Stein  
U.S. District Court Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

**MEMO ENDORSED**

*Re: Luis Alberto Leal Romero v. Nectar Restaurant Corp et al*  
*Case No. 1:20-cv-09701*

Your Honor:

This office represents the Plaintiff in this matter. We write to request an adjournment of tomorrow's hearing scheduled for 10 AM. This is the second request of its nature. Counsel has recently taken over this case from the predecessor in this case. While Plaintiff signed the revised settlement agreement, Defense counsel has proposed a slight adjustment to the payment schedule of the Settlement Amount. As such, the settlement agreement must be revised and re-executed. Defendants do not object to this adjournment.

We thank the Court for their attention to this matter.

Respectfully submitted,

/s/ Ramsha Ansari  
Ramsha Ansari, Esq.  
CSM LEGAL, P.C  
Attorneys for the Plaintiff

CC: All Counsel (via ECF)

**The conference is adjourned to March 11, 2022, at 9:00 a.m. The parties shall call 888-273-3658 and use access code 7004275 to join the teleconference.**

Dated: New York, New York  
      February 22, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

*Certified as a minority-owned business in the State of New York*