UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUIS ALBERTO LEAL ROMERO,                   :        20-Cv-9701 (SHS)
individually and on behalf of others similarly
situated,                                   :        ORDER

                          Plaintiffs,       :

          -v-                               :

NECTAR RESTAURANT CORP. (d/b/a              :
Nectar), and GEORGE KYRKOSTAS,              :

                          Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that the conference scheduled for March 11 is moved up to
March 10, 2022, at 2:30 p.m. The conference will take place at the U.S. Courthouse, 500 Pearl
Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
          March 7, 2022

                                            SO ORDERED:


                                            _____
                                            Sidney H. Stein, U.S.D.J.