UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS ALBERTO LEAL ROMERO,  :  20-Cv-9701 (SHS)

                Plaintiff,  :

  -v-  :

NECTAR RESTAURANT CORP. (d/b/a  :
Nectar), and GEORGE KYRKOSTAS,

                Defendants.  :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A fairness hearing having been held today regarding plaintiff's motion for settlement approval [Doc. No. 39], with counsel for all parties present,

    IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, the Court does not approve the settlement agreement;

2. The joint pretrial order, proposed jury charges, proposed *voir dire*, and any motions in limine, shall be filed on or before June 20, 2022;

3. Responses to any motions are due by June 27, 2022;

4. The final pretrial conference will be held on July 5, 2022, at 4:30 p.m.; and

5. The trial is scheduled for July 18, 2022, At 9:30 a.m.

Dated: New York, New York
       March 10, 2022

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.