# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
ramsha@csm-legal.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 15, 2022

**VIA ECF**                             **MEMO ENDORSED**

Hon. Sidney H. Stein, U.S.D.J.  
Daniel Patrick Monahan United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

             Re:      Luis Alberto Leal Romero v. Nectar Restaurant Corp et al  
                       Civil Action No.: 1:20-cv-09701

Dear Judge Stein:

       This office represents Plaintiff in the above-referenced matter. This letter is written jointly with Defendants' counsel to respectfully request an extension of time to file a proposed joint pretrial order, proposed jury charges, proposed voir dire, and motions in limine from June 20, 2022 to July 18, 2022. This is the parties' first such request. The reason for this request is because the parties have revised their settlement agreement and *Cheeks* motion in accordance with Your Honor's comments during the last hearing. Plaintiff expects to be filing its *Cheeks* motion within the next seven (7) days.

       We thank the Court for its attention to this matter.

                                                             Respectfully Submitted,

**The parties' request for an extension to July 18 is granted.**

Dated: New York, New York  
          June 15, 2022

*Ramsha Ansari*  
Ramsha Ansari, Esq.  
*Attorneys for Plaintiff*

SO ORDERED:

*/s/ Sidney H. Stein*  
Sidney H. Stein, U.S.D.J.

*Steven Siegler*  
Steven Siegler, Esq.  
*Attorneys for Defendants*