UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS ALBERTO LEAL ROMERO,

                           Plaintiff,

v.

NECTAR RESTAURANT CORP. (d/b/a Nectar), and GEORGE KYRKOSTAS,

                         Defendants.

20-Cv-9701 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    At a fairness hearing on November 2, 2021 on plaintiff's motion for a settlement approval (ECF No. 27), the Court disapproved the first proposed settlement on the grounds that it was not fair and reasonable. (ECF No. 28.) The Court subsequently disapproved the parties' second proposed settlement agreement (ECF No. 39) at a March 10, 2022 hearing on the same grounds. (ECF No. 41.)

    On June 29, 2022, the parties moved for approval of a third proposed settlement agreement. (ECF Nos. 44, 44-1.) The Court reviewed the third proposed settlement agreement pursuant to the considerations set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and found that—but for the internal inconsistency within the agreement regarding the sequencing of the initial payment and the filing of a stipulation of voluntary dismissal—the third proposed settlement agreement would have been fair and reasonable. ECF No. 46 (Order Denying Third Proposed Settlement Agreement).

    On July 6, 2022, the parties moved for approval of a *fourth* proposed settlement agreement (ECF No. 47) that was identical to the fourth proposed settlement agreement but for the correction clarifying that the parties would file a stipulation of voluntary dismissal only after the transmission of the initial payment.

    Accordingly, IT IS HEREBY ORDERED that the proposed settlement (ECF No. 47) is approved as fair and reasonable.

Dated:  New York, New York
           July 8, 2022

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.